UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 21 CR 703 |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| DARREN A. SMITH | ) | |

## GOVERNMENT'S EXHIBIT LIST (4-17-2024)

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 100 | VAMEDICAL_001-000083-85 | Torres Consult (Patient A, Count 1) | Doctor's order for patient related to Lee order from VCE that was part of scheme | |
| 101 | VAMEDICAL_003-000037-44 | Torres Medical Record (Patient A, Count 1) | Medical treatment notes for patient related to Lee order from VCE that was part of scheme | |
| 102 | VAMEDICAL_001-000059-62 | Jackson Consult Record (Patient B, Count 2) | Doctor's order for patient related to Lee order from VCE that was part of scheme | |
| 103 | VAMEDICAL_001-000103-105 | Venis Consult Record (Patient C, Counts 3, 5, 6) | Doctor's order for patient related to Lee order from VCE that was part of scheme | |
| 104 | VAMEDICAL_001-000110-112 | Venis Medical Record (Patient C, Counts 3, 5, 6) | Medical treatment notes for patient related to Lee order from VCE that was part of scheme | |
| 105 | VAMEDICAL_001-000045-47 | Huff Consult (Patient D, Count 4) | Doctor's order for patient related to Lee order from VCE that was part of scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 106 | VAMEDICAL_001-000020-30 | Prosthetics Records of Orders and Consults for Favors - Patient F (Counts 7 & 8) | Records of purchases and doctor orders for patient related to Lee order from VCE that was part of the scheme | |
| 107 | VAMEDICAL_001-000031-33 | Favors Consult (Patient F, Counts 7 & 8) | Doctor's order for patient related to Lee order from VCE that was part of scheme | |
| 108 | VAMEDICAL_001-000018-19 | Davenport Consult | Doctor's order for patient related to Lee order from VCE that was part of scheme | |
| 109 | VAPO_001-000001-3 | Purchase Order for Count 1 | VA Purchase Order to VCE that is the subject of Count 1 | |
| 110 | VAPO_001-000004 | Transaction Info for Count 1 | VA Purchase Transaction Info for Count 1 | |
| 111 | VAPO_001-000022-24 | Purchase Order for Count 2 | VA Purchase Order to VCE that is the subject of Count 2 | |
| 112 | VAPO_001-000025 | Transaction Info for Count 2 | VA Purchase Transaction Info for Count 2 | |
| 113 | VAPO_001-000050-52 | Purchase Order for Count 3 | VA Purchase Order to VCE that is the subject of Count 3 | |
| 114 | VAPO_002-000013 | Transaction Info for Count 3 | VA Purchase Transaction Info for Count 3 | |
| 115 | VAPO_001-000029-31 | Purchase Order for Count 4 | VA Purchase Order to VCE that is the subject of Count 4 | |
| 116 | VAPO_001-000032 | Transaction Info for Count 4 | VA Purchase Transaction Info for Count 4 | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 117 | VAPO_001-000044-46 | Purchase Order for Count 5 | VA Purchase Order to VCE that is the subject of Count 5 | |
| 118 | VAPO_002-000005 | Transaction Info for Count 5 | VA Purchase Transaction Info for Count 5 | |
| 119 | VAPO_001-000047-49 | Purchase Order for Count 6 | VA Purchase Order to VCE that is the subject of Count 6 | |
| 120 | VAPO_002-000009 | Transaction Info for Count 6 | VA Purchase Transaction Info for Count 6 | |
| 121 | VAPO_001-00008-10 | Purchase Order for Count 7 | VA Purchase Order to VCE that is the subject of Count 7 | |
| 122 | VAPO_001-000011 | Transaction Info for Count 7 | VA Purchase Transaction Info for Count 7 | |
| 123 | VAPO_001-000015-17 | Purchase Order for Count 8 | VA Purchase Order to VCE that is the subject of Count 8 | |
| 124 | VAPO_001-000018 | Transaction Info for Count 8 | VA Purchase Transaction Info for Count 8 | |
| 125 | VA_001-000001-25 | VA Financial Card Policy | Explains Relevant Policies that Were in Effect During Scheme | |
| 126 | VA_001-000026-115 | VA Standards of Ethical Conduct for VA Employees | Explains Relevant Policies that Were in Effect During Scheme | |
| 127 | VA_003-000001-7 | VA Cloned Consults Policy | Explains Relevant Policies that Were in Effect During Scheme | |
| 128 | VA_003-000008-28 | VA Standards of Behavior | Explains Relevant Policies that Were in Effect During Scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 129 | VA_003-000029-33 | VA Purchase Card Flow Chart | VA Purchase Card Processing Chart Showing Interstate Fund Transfers | |
| 130 | EMAIL_003-000004-22 | Prosthetic Cloned Consults BPG Overview | Explains Relevant Policies that Were in Effect During Scheme | |
| 131 | EMAIL_004-000016 | Photo of VCE Office | Shows appearance of VCE and relationship with WSI | |
| 132 | IFCAP_001-000002 | IFCAP spreadsheet for VCE | VA purchase card data for VCE showing volume, timing, and amount of sales that were part of scheme | |
| 133 | LEE_004-000001-3 | Lee Signed Standards of Behavior | Lee's knowledge of VA purchasing policies | |
| 134 | LEE_004-000004-11 | Lee Government Purchase Card Certification Forms | Lee's knowledge of VA purchasing policies | |
| 135 | GJSCRIPT_002-0000136 | Tactile Medical Catalog | Proof of overcharge to VA from scheme (better prices available from other vendors) | |
| 136 | GJSCRIPT_002-000137 | Biotab Catalog | Proof of overcharge to VA from scheme (better prices available from other vendors) | |
| 137 | VAMEDICAL_003-000005-10 | Favors Notes | Medical treatment notes for patient related to Lee order from VCE that was part of the scheme | |
| 138 | VAMEDICAL_003-000002-04 | Davenport Notes | Medical treatment notes for patient related to Lee order from VCE that was part of the scheme | |

4

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 139 | VAMEDICAL_003-000018-26 | Huff Notes | Medical treatment notes for patient related to Lee order from VCE that was part of the scheme | |
| 140 | VAMEDICAL_001-000101-02 | Prosthetics Records of Orders and Consults for Torres - Patient A (Count 1) | Records of purchases and doctor orders for patient related to Lee order from VCE that was part of the scheme | |
| 141 | VAMEDICAL_001-000058 | Prosthetics Records of Orders for Jackson - Patient B (Count 2) | Records of purchases for patient related to Lee order from VCE that was part of the scheme | |
| 142 | VAMEDICAL_002-000014 | Prosthetics Records of Orders for Venis - Patient C (Count 3, 5, 6) | Records of purchases for patient related to Lee order from VCE that was part of the scheme | |
| 143 | VAMEDICAL_002-000143 | Prosthetics Records of Orders for Huff - Patient D (Count 4) | Records of purchases for patient related to Lee order from VCE that was part of the scheme | |
| 144 | 144_Total Purchase Card Sales for VCE Feb 2017 to Feb 2020_2019-06133-IC-0009_NIFC11_IC0009_VCE.XLSX | Total Purchase Card Sales for Veterans Choice Equipment for all locations and all cardholders from February 2017 to February 2020 | Excel spreadsheet with records of VA purchases from VCE during scheme | |
| 145 | Media 02 (ConMon Call 1 - A. Lee & D. Smith) | Lee-Smith Call #1, 3-5-2020 | Co-Schemer communication with Defendant | |
| 146 | Media 02 (ConMon Call 2 - A. Lee & D. Smith) | Lee-Smith Call #2, 3-5-2020 | Co-Schemer communication with Defendant | |
| 147 | 147_Transcript_for_145_Lee Smith Call1.pdf | Transcript of GX145 | Co-Schemer communication with Defendant | |
| 148 | 148_Transcript_for_146_Lee Smith Call2 | Transcript of GX146 | Co-Schemer communication with Defendant | |
| | | | | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 200 | USBANK_001-000010 – 268; USBANK_008-000008 – 160; USBANK_010_000010 – 000141 | US Bank Account Records for VCE account | Bank account used in scheme | |
| 201 | USBANK_008-000008-10 | VCE Signature Card and Corporate Resolution | Record from bank account used in scheme; Smith's role at VCE | |
| 202 | USBANK_001-000149, 158, 169, 178, 188, 196, 205, 215, 225, 232, 242 | VCE checks to Edgar Hamilton | Hamilton's role at VCE | |
| 203 | USBANK_001-000158, USBANK_010-000119 | VCE checks to Sandra Love (2/12/18 & 7/16/20) | Payments to individuals and entities who assisted Smith in sending money to Lee as part of scheme | |
| 204 | USBANK_001-000227-234 | VCE Statement (June 2017) | Bank account used in scheme | |
| 205 | USBANK_001-000101, 128, 149, 150, 158, 159, 170 | VCE checks to Glenda Smith | Payments to Smith and his relatives from proceeds of scheme | |
| 206 | USBANK_001-000092, 127, 137, 148 | VCE checks to Darren Smith | Payments to Smith and his relatives from proceeds of scheme | |
| 207 | USBANK_001-149, 158, 159, 170, 178, 179, 188, 196, 205, 215, 225, 233, 242, 248 | VCE checks to Daniel Smith | Payments to Smith and his relatives from proceeds of scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 208 | USBANK_001-000128, 110 | VCE checks to GLDC | Payments to individuals and entities who assisted Smith in sending money to Lee as part of scheme | |
| 210 | USBANK_001-000110 | VCE 7/3/18 $1k check to Joe Shaw | Payments to individuals and entities who assisted Smith in sending money to Lee as part of scheme | |
| 211 | USBANK_001-000092 | VCE 9/4/18 check for $20,000 to EMT Demolition | Payments to individuals and entities who assisted Smith in sending money to Lee as part of scheme | |
| | | | | |
| 220 | USBANK_004-000001 – 000090; USBANK_005-000009 – 309; USBANK_006-000010 – 94; USBANK_007-000009 – 150; USBANK_009-000010 – 41 | US Bank Account Records for Andrew Lee Accounts | Bank accounts used in scheme | |
| 221 | USBANK_005-000282, 284 | Love checks to Lee 2/15/18 and 3/5/18 | Payments from individuals and entities who assisted Smith in sending money to Lee as part of scheme | |
| 222 | USBANK_005-000277, 279 | Shaw checks to Lee 1/31/18 and 2/3/18 | Payments from individuals and entities who assisted Smith in sending money to Lee as part of scheme | |
| 223 | USBANK_005-000273 | Moral Compass to Lee Check 1/16/18 | Payments from Smith and Smith-controlled entities to Lee | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 224 | USBANK_005-000099-123 | Lee Statements 9/17 through 1/18 reflecting WSI direct deposits | Payments from Smith and Smith-controlled entities to Lee | |
| 225 | USBANK_005-000009-10 | Lee Signature Card | Record from bank account used in scheme | |
| 226 | USBANK_006-000089-94 | Records for Lee cash deposits into 4211 account Jan and Feb 2019 | Records from bank account used in scheme | |
| 227 | USBANK_006-000010 | Statement for Lee 4211 account, 2/26/19 | Record from bank account used in scheme | |
| 228 | USBANK_005-000270 | Darren Smith Check to Lee (memo: for trip) | Payments from Smith and Smith-controlled entities to Lee | |
| 229 | USBANK_005-000286 | Darren Smith Check to Lee (memo: returned for gala tickets) | Payments from Smith and Smith-controlled entities to Lee | |
| 230 | USBANK_005-000300; 305 | Plum Blossom checks to Lee (total of 2 single pages) | Records from bank account used in scheme | |
| | | | | |
| 240 | USBANK_004-000091 – 000142; USBANK_006-000095 – 191; USBANK_007-000151 – 204; USBANK_009-000042 – 61 | US Bank Account Records for Plum Blossom Group Account | Bank account used in scheme | |
| 241 | USBANK_007-000188 | Smith to Plum Blossom Check 1/25/19 | Payments from Smith and Smith-controlled entities to Lee | |
| 242 | USBANK_006-000095-97 | Plum Blossom Group Signature card and corporate resolution | Record from bank account used in scheme | |
| 243 | USBANK_006-000123-126 | Plum Blossom July 2019 statement (showing deposits from EMT and Great Lakes and two payroll distributions out to Lee) | Record from bank account used in scheme; payments from individuals and entities who assisted Smith in sending money to Lee as part of scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 244 | USBANK_006-000144, 165, 177 | GLDC checks to Plum Blossom Group | Payments from individuals and entities who assisted Smith in sending money to Lee as part of scheme | |
| 245 | USBANK_006-0000138, 141, 156, 159 | EMT Demolition checks to Plum Blossom | Payments from individuals and entities who assisted Smith in sending money to Lee as part of scheme | |
| | | | | |
| 250 | BOA_001-00007 – 013; BOA_002-000007 – 371; MEDIA_BOA_001-000001-1900; BOA_005-000299-943 | Moral Compass Bank of America Records | Bank account used in scheme | |
| 251 | BOA_001-000007 | Moral Compass Signature Card | Record from bank account used in scheme | |
| 252 | BOA_001-000008-13 | Moral Compass Statement May 31, 2019 | Record from bank account used in scheme | |
| 253 | MEDIA03_BOA-001-001368 | VCE Check to WSI 12/26/17 (deposited in Moral Compass account) | Payments to Smith-controlled entities from proceeds of scheme | |
| 254 | MEDIA003-BOA-001_1174, 1172, 1194, 1218, 1238, 1260, 1278, 1304, 1330, 1346, 1372, 1370, 1396, 1420, 1442, 1454, 1478, 1498, 1506, 1524, 1532, 1550, 1560, 1570, 1582, 1592, 1608, 1616, 1628; BOA_002-000246, 260, 270, 296, 306, 338, 348, 354 | VCE Checks to Moral Compass | Payments to Smith-controlled entities from proceeds of scheme | |
| | | | | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 260 | WELLS_001-000009 – 585 | Wells Fargo Bank Records for Andrew Lee Mortgage | Mortgage account that received proceeds of the scheme | |
| 261 | WELLS_001-000331-332 | Lee Mortgage Statement 5/17/17 | Mortgage account that received proceeds of the scheme | |
| 262 | WELLS_001-000009-43 | Check Images for Lee Mortgage | Payments from Smith-controlled entities to Lee as part of scheme | |
| | | | | |
| 270 | BOA_001-00014 – 023; BOA_002-000372 – 590; MEDIA03_BOA_001-001901-003878; BOA_005-000004-298 | Wilson & Smith Bank of America Records | Bank account used in scheme | |
| 271 | BOA_001-000014-15 | WSI Signature Card | Record from bank account used in scheme | |
| 272 | MEDIA03_BOA_001-003647–3654 | WSI Statement 5/31/17 | Record from bank account used in scheme | |
| 273 | MEDIA03_BOA_001-002343 | WSI to Love Distributed 2.28.18 | Payments from Smith-controlled entities to other individuals and entities that paid money to Lee for Smith as part of scheme | |
| 274 | MEDIA03_BOA_001-002323, 002135 | WSI checks to Global Express Services 6.20.17 & 1.29.18 | Payments from Smith-controlled entities to other individuals and entities that paid money to Lee for Smith as part of scheme | |
| 275 | MEDIA03_BOA_001-002201, 2193, 2175, 2153, 2147, 2127, 2117, 2091, 2069, 2045, 2041, 2011, 2007, 1987, 1979, 1963, 1949, 1941, 1927, 1915 | WSI checks to Lee | Payments from Smith-controlled entities to Lee as part of scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 276 | MEDIA 03_BOA_001-003218, 30, 32, 38, 50, 58, 62, 64, 70, 72, 76, 82, 86, 88, 89, 94, 3306, 12, 14, 18, 22, 24, 26, 28, 32, 36, 40, 42, 44, 48, 50, 56, 58, 66, 74, 78, 80, 84, 86, 92, 96, 3400, 04, 06, 14, 22, 24, 30, 38, 46, 52, 58, 60, 68, 72, 76, 80, 82, 88, 90, 94, 3504, 10, 14, 22, 24, 26, 28, 32, 42, 54, 58, 66, 68, 74, 78, 80, 86; BOA_002-000533, 535, 543, 545, 547, 563, 567, 569, 571, 577, 585, 587, 589 | VCE checks to WSI | Payments to Smith-controlled entities from proceeds of scheme | |
| 277 | MEDIA03_BOA_001-002307 | WSI check to Smith 1.8.18 ($133k) | Payments to Smith from proceeds of scheme | |
| 278 | MEDIA03_BOA_001-002547, 2423 | WSI checks to GLDC 5.21.18 & 8.29.18 | Payments from Smith-controlled entities to other individuals and entities that paid money to Lee for Smith as part of scheme | |
| 279 | MEDIA03_BOA_001-003436, 2409 | EMT to WSI check $6,900 4.26.18; WSI to EMT Demolition check $6,000 5.2.18 | | |
| 280 | CAPITAL1_001-000004-318 | WSI Capital One Account Records | Credit card account used to purchase equipment used in scheme and receive payments from proceeds of scheme | |
| 281 | CAPITAL1_001-000004 | WSI Credit Card Application | Credit card account used to purchase equipment used in scheme and receive payments from proceeds of scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 282 | CAPITAL1_001-000044-47 | WSI Capital One Statement - 10/25/17 | Credit card account used to purchase equipment used in scheme and receive payments from proceeds of scheme | |
| 283 | CAPITAL1_001-000072-75 | WSI Capital One Statement - 05/25/18 | Credit card account used to purchase equipment used in scheme and receive payments from proceeds of scheme | |
| | | | | |
| 290 | BOA_003-000003 to BOA_003-000570 | Bank of America Records relating to Bridge Funding Group Accounts ending 0613 and 9022 from August 2018 to December 2020 | Bank accounts receiving proceeds from the scheme | |
| 291 | BOA_004-000003 to BOA_004-001224 | Bank of America records relating to Bridge Funding Group account ending 0613 and Darren Smith accounts ending 2566 and 2579 from January 2018 to December 2020 | Bank accounts receiving proceeds from the scheme | |
| | | | | |
| 293 | USBANK_012-000008-237 | US Bank records for Darren Smith accounts ending 6120 | Bank accounts receiving proceeds from the scheme | |
| 294 | USBANK_012-000238-409 | US Bank records for Darren Smith, DBA Wilson & Smith, account 1278 | Bank accounts receiving proceeds from the scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 295 | USBANK_002-000001 – 54, 65 – 69; USBANK_013-000007-207; USBANK_011-000008-10 | US Bank records for Continuous Medical account ending 0133 | Bank accounts receiving proceeds from the scheme | |
| 296 | USBANK_013-000208-254, USBANK_011-000004-7 | US Bank records for Concert Management account ending 0091 | Bank accounts receiving proceeds from the scheme | |
| 297 | BMO_002-000005 – 341 | BMO Harris Bank Records for Darren Smith accounts | Bank accounts receiving proceeds from the scheme | |
| | | | | |
| 300 | USBANK_015-000165, 198, 242, 246 | Good Health checks to Helping Hands signed by Darren Smith | 404(b) - evidence of motive and intent | Relevance and FRE 403 |
| 301 | BMO_001-000024-35 | BMO Harris Bank signature cards for Good Health account | 404(b) - evidence of motive and intent | Relevance and FRE 403 |
| 302 | 2018-08-25_10-36-50_CDT.wav | Recorded phone call between Darren Smith and Danny Dingle, 8/25/2018 | 404(b) - evidence of motive and intent | Relevance and FRE 403 |
| 303 | 2018-09-27_11-45-57_CDT.wav | Recorded phone call between Darren Smith and Danny Dingle, 9/27/2018 | 404(b) - evidence of motive and intent | Relevance and FRE 403 |
| 304 | 304_Transcript_for_302_August 25 2018 Recording of Darren Smith and Daniel Dingle.pdf | Transcript of GX302 | 404(b) - evidence of motive and intent | Relevance and FRE 403 |
| 305 | 305_Transcript_for_303_September 27 2018 Recording of Darren Smith and Daniel Dingle.pdf | Transcript of GX303 | 404(b) - evidence of motive and intent | Relevance and FRE 403 |
| 400 | ILSOS_001-000030-34 | VCE Articles of Incorporation | Records of entity alleged to have been used in scheme; Smith's relationship to VCE | |
| 401 | ILSOS_001-000035-38 | VCE change of registered agent | Records of entity alleged to have been used in scheme; Smith's relationship to VCE | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 402 | ILSOS_001-000039-46 | VCE Annual Reports | Records of entity alleged to have been used in scheme; Smith's relationship to VCE | |
| 403 | ILSOS_001-000050-55 | WSI Articles of Incorporation | Records of entity alleged to have been used in scheme; Smith's relationship to WSI | |
| 404 | ILSOS_001-000056-67 | WSI Annual Reports | Records of entity alleged to have been used in scheme; Smith's relationship to WSI | |
| 405 | ILSOS_001-000007-15 | Moral Compass annual reports | Records of entity alleged to have been used in scheme; Smith's relationship to Moral Compass | |
| 406 | ILSOS_001-000003-6 | Moral Compass Articles of Incorporation | Records of entity alleged to have been used in scheme; Smith's relationship to Moral Compass | |
| 407 | ILSOS_001-000019-23 | Plum Blossom Group Articles of Incorporation | Records of entity alleged to have been used in scheme; Lee's relationship to Plum Blossom Group | |
| 408 | ILSOS_001-000024-26 | Plum Blossom Group annual report | Records of entity alleged to have been used in scheme; Lee's relationship to Plum Blossom Group | |
| 409 | COMMED_001-000167 | Compression Medical Sales Data for Darren Smith | Equipment purchases used to fulfill VA orders that were part of scheme | |
| 410 | COMMED_001-000057-106 | Compression Medical Invoices for Darren Smith | Equipment purchases used to fulfill VA orders that were part of scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 411 | COMMED_001-000004-8 | Email re: Lympha Flow & SCD, 8/1/2018 | Record of equipment seller related to Smith's relationship to VCE | |
| 412 | MEDCOM_001-000002-11 | Medcom Invoices to WSI | Equipment purchases used to fulfill VA orders that were part of scheme | |
| 413 | GSA_001-000317-334 | SAM Registration Records for VCE, 2017-2019 | Records of entity alleged to have been used in scheme; Smith's relationship to VCE | |
| 414 | GSA_001-000792-815 | SAM Registration Records for WSI, 2016-2020 | Records of entity alleged to have been used in scheme; Smith's relationship to WSI | |
| 500 | CORPAY_001-000004; CORPAY_002-000011-17; CORPAY_003-000011-17; CORPAY_004-000075-397 | Corporate Payroll Services Records for VCE | Payments from VCE to employees; compensation arrangements for Smith and others | |
| 501 | CORPAY_002-000014, 16; CORPAY_003-000011; 13; | Hamilton 2017, 2018 and 2019 W-2 | Payments from VCE to record owner | |
| 502 | CORPAY_001-000004 | Corporate Payroll Services Agreement for VCE | Smith Control and Role in VCE | |
| 503 | CORPAY_003-000015-16 | VCE W-2s for Daniel Smith and Glenda Smith - 2019 | Payments to Smith and Spouse from VCE | |
| 504 | CORPAY_001-000005-9; CORPAY_002-000018-50; CORPAY_003-000018-23; CORPAY_004-000398-684 | Corporate Payroll Services Records for WSI | Payments from WSI to employees | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 505 | CORPAY_002-000038; CORPAY_002-000039; CORPAY_002-000043; CORPAY_002-000048; CORPAY_003-000020 | Darren Smith W-2 from WSI - 2015, 2016, 2017, 2018 and 2019 | Salary paid to Smith prior to and during scheme | |
| 506 | CORPAY_001-000005-9 | Payroll records for Lee at WSI | Payments from Smith-controlled entities to Lee as part of scheme | |
| 507 | CORPAY_002-000007-10; CORPAY_003-000009-10; CORPAY_004-000001-74 | Corporate Payroll Services Records for Plum Blossom Group | Payments from Plum Blossom to Lee during scheme | |
| 508 | CORPAY_002-000010; CORPAY_003-000009-10 | Andrew Lee W-2 from Plum Blossom - 2018 and 2019 | Payments from Plum Blossom to Lee during scheme | |
| 509 | VA_003-000032-33 | Elavon charts of servers | Records of interstate wire transfers for charged counts | |
| 510 | ELAVON_001-000019-31 | Elavon Account Opening | Records of interstate wire transfers for charged counts | |
| 511 | ELAVON_001-000111 | Elavon card processing info for Count 1 execution | Records of interstate wire transfers for charged counts | |
| 512 | ELAVON_001-000113 | Elavon card processing info for Count 2 execution | Records of interstate wire transfers for charged counts | |
| 513 | ELAVON_001-000121 | Elavon card processing info for Count 3 execution | Records of interstate wire transfers for charged counts | |
| 514 | ELAVON_001-000123 | Elavon card processing info for Count 4 execution | Records of interstate wire transfers for charged counts | |
| 515 | ELAVON_001-000128 | Elavon card processing info for Count 5 execution | Records of interstate wire transfers for charged counts | |
| 516 | ELAVON_001-000135 | Elavon card processing info for Count 6 execution | Records of interstate wire transfers for charged counts | |
| 517 | ELAVON_001-000136 | Elavon card processing info for Count 7 execution | Records of interstate wire transfers for charged counts | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 518 | ELAVON_001-000139 | Elavon card processing info for Count 8 execution | Records of interstate wire transfers for charged counts | |
| 519 | TMOBILE_002-000022 | T-Mobile Subscriber Data for phone number (773) 447-8555 | Subscriber ID for Smith phone | |
| 520 | TMOBILE_002-000024; TMOBILE_003-000012-891; TMOBILE_004-000036-266 | T-Mobile Call Records for phone number (773) 447-8555 | Smith phone records; frequency of contact between Smith and Lee | |
| 521 | SPRINT_002-000039-40 | Sprint Subscriber Data for phone number (312) 259-3627 | Subscriber ID for Lee phone | |
| | | | | |
| 601 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000001 | Yahoo VCE email: 5/30/17, subject line: renewal | Requests from VCE to Lee to authorize payments in scheme | |
| 602 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000002 | Yahoo VCE email: 6/14/17, subject line: renewal | Requests from VCE to Lee to authorize payments in scheme | |
| 603 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000003 | Yahoo VCE email: 2/19/18, subject line: renewals | Requests from VCE to Lee to authorize payments in scheme | |
| 604 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000004-5 | Yahoo VCE email: 2/6/17, subject line: Veterans Choice - Estimate | Email from VCE to Andrew Lee regarding pricing for equipment used in scheme | |
| 605 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000006-7 | Yahoo VCE email: 2/6/17, subject line: Veterans Choice - Estimate | Email from VCE to Andrew Lee regarding pricing for equipment used in scheme | |
| 606 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000008-10 | VCE invoices to VA re: Charles Favors | Collection of VCE invoices sent as email attachments to VA related to patient Favors (Counts 7&8) | |
| 607 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000011-17 | VCE invoices to VA re: Frank Venis | Collection of VCE invoices sent as email attachments to VA related to patient Venis (Counts 3, 5, 6) | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 608 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000018-25 | VCE invoices to VA re: Vernon Huff | Collection of VCE invoices sent as email attachments to VA related to patient Huff (Count 4) | |
| 609 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000026-37 | VCE invoices to VA re: George Jackson | Collection of VCE invoices sent as email attachments to VA related to patient Jackson (Count 2) | |
| 610 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000038-46 | VCE invoices to VA re: Miguel Torres | Collection of VCE invoices sent as email attachments to VA related to patient Torres (Count 1) | |
| 611 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000047 | Yahoo VCE email: 4/2/18, subject line: Darren's Resume | VCE email containing Smith resume | |
| 612 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000048 | Yahoo VCE email: 4/2/18, subject line: Darren's Resume - attachment Darren's Resume 001.jpg | Attachment to VCE email containing Smith resume | |
| 613 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000049 | Yahoo VCE email: 1/25/18, subject line: Business Cards | Communications showing Smith obtaining VCE business cards | |
| 614 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000050-51 | Yahoo VCE email: 1/29/18, subject line: Fwd_ Wilson Smith & Veterans Choice BUS CARDS | Communications showing Smith obtaining VCE business cards | |
| 615 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000052 | Yahoo VCE email: 1/29/18, subject line: Fwd_ Wilson Smith & Veterans Choice BUS CARDS - attachment 1868199 Veterans Choice BC_Smith.pdf | Communications showing Smith obtaining VCE business cards | |
| 616 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000053-55 | Yahoo VCE email: 1/29/18, subject line: Fwd_ Wilson Smith & Veterans Choice BUS CARDS - other attachments | Communications showing Smith obtaining VCE business cards | |
| 617 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000056 | Yahoo VCE email: 9/7/17, subject line: Fw: Renewals | Requests from VCE to Lee to authorize payments in scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 618 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000057 | Yahoo VCE email: 10/15/17, subject line: Renewals needed | Requests from VCE to Lee to authorize payments in scheme | |
| 619 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000058 | Yahoo VCE email: 6/9/18, subject line: Rental Rebills | Requests from VCE to Lee to authorize payments in scheme | |
| 620 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000059 | Yahoo VCE email: 6/9/18, subject line: Rental Rebills - attachment Rebill list 6 11 6 17 Andrew.docx | Requests from VCE to Lee to authorize payments in scheme | |
| 621 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000060-61 | Yahoo VCE email: 4/23/18, subject line: Past and Present due rebills | Requests from VCE to Lee to authorize payments in scheme | |
| 622 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000062-63 | Yahoo VCE email: 7/11/18, subject line: Rentals | Requests from VCE to Lee to authorize payments in scheme | |
| 623 | MEDIA 12 (Teresi Emails) MEDIA12_EMAIL-000001 | 10/1/17 Teresi to VCE re Item List | Communication addressed to Smith containing VCE item list | |
| 624 | MEDIA 12 (Teresi Emails) MEDIA12_EMAIL-000002-3 | 10/1/17 Teresi to VCE re Item List - Attachment | Attachment to communication addressed to Smith containing VCE item list | |
| 625 | MEDIA 12 (Teresi Emails) MEDIA12_EMAIL-000004 | 11/22/17 Teresi to VCE re Catalog | Communication addressed to Smith containing VCE catalog | |
| 626 | MEDIA 12 (Teresi Emails) MEDIA12_EMAIL-000005-29 | 11/22/17 Teresi to VCE re Catalog - Attachment | Attachment to communication addressed to Smith containing VCE catalog | |
| 627 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000064 | Yahoo VCE email: 1/29/18, subject line: Renewals | Requests from VCE to Lee to authorize payments in scheme | |
| 628 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000001 | Yahoo Lee email: 1/18/17, subject line: Cheat Sheet | Lee email from VA address to personal address with pricing for equipment at issue in scheme | |

19

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 629 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000002-5 | Yahoo Lee email: 1/18/17, subject line: Cheat Sheet - attachment CHEAT SHEET.xls | Attachment to Lee email from VA address to personal address with pricing for equipment at issue in scheme | |
| 630 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000006-7 | Yahoo Lee email: 9/5/17, subject line: Fw: WILSAN | Communication between Lee and WSI regarding purported employment with employment paperwork | |
| 631 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000008 | Yahoo Lee email: 9/5/17, subject line: Fw: WILSAN - attachment: Employee Add_Change Form.pdf | Attachment to communication between Lee and WSI regarding purported employment with employment paperwork | |
| 632 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000009 | Yahoo Lee email: 9/5/17, subject line: Fw: WILSAN - attachment: employee_Direct Deposit_Agreement.pdf | Attachment to communication between Lee and WSI regarding purported employment with employment paperwork | |
| 633 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000010 | Yahoo Lee email: 10/10/17, subject line: Mortgage | Lee email to Darren Smith regarding his mortgage payment | |
| 634 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000011-12 | Yahoo Lee email: 10/31/17, subject line: FW: Lymphedema Pump Information | Lee email to Darren Smith regarding lymphedema pump pricing | |
| 635 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000013 | Yahoo Lee email: 10/31/17, subject line: FW: Lymphedema Pump Information - attachment: Lymphedema Spreadsheet.xls | Attachment to Lee email to Darren Smith regarding lymphedema pump pricing | |
| 636 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000014-120 | Yahoo Lee email: 10/31/17, subject line: FW: Lymphedema Pump Information - other attachments | Attachments to Lee email to Darren Smith regarding lymphedema pump pricing | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 637 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000121-124 | Yahoo Lee email: 11/14/17, subject line: Expedia travel confirmation | Lee email with itinerary for trip with Darren and Glenda Smith | |
| 638 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000125 | Yahoo Lee email: 12/27/17, subject line: FW: VC | Lee email to Smith with copy of transaction history for VCE purchases | |
| 639 | MEDIA 11 (Lee Yahoo account) MEDIA11_EMAIL-000126-131 | Yahoo Lee email: 12/27/17, subject line: FW: VC - attachment: vc 1.pdf | Attachment to Lee email to Smith with copy of transaction history for VCE purchases | |
| 640 | MEDIA 15 (VCE Yahoo account) MEDIA15_EMAIL_000065 | Yahoo VCE email: 8/23/18, subject line: Fw: Rental Re-bills Due | Requests from VCE to Lee to authorize payments in scheme | |
| 641 | MEDIA 13 (Lee VA account) MEDIA13_EMAIL-000001-5 | May 30, 2018 email from Paulette Veal-Shabazz to Lee et al. | Email from Lee's supervisor to Lee regarding pricing for equipment at issue, including supplier price lists | |
| 642 | MEDIA 13 (Lee VA account) MEDIA 13_EMAIL-000006-15 | Attachment to May 30, 2018 email | Attachment to email from Lee's supervisor to Lee regarding pricing for equipment at issue, including supplier price lists | |
| 643 | MEDIA 13 (Lee VA account) MEDIA13_EMAIL-000016 | Attachment to May 30, 2018 email | Attachment to email from Lee's supervisor to Lee regarding pricing for equipment at issue, including supplier price lists | |
| 644 | MEDIA 13 (Lee VA account) MEDIA13_EMAIL-000017 | Attachment to May 30, 2018 email | Attachment to email from Lee's supervisor to Lee regarding pricing for equipment at issue, including supplier price lists | |
| 645 | MEDIA 13 (Lee VA account) MEDIA13_EMAIL-000018 | Dec. 31, 2018 email from Tactile to Lee | Email from supplier of equipment at issue to Lee with pricing information | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 646 | MEDIA 13 (Lee VA account) MEDIA13_EMAIL-000019-21 | Attachment to Dec. 31, 2018 email | Attachment to email from supplier of equipment at issue to Lee with pricing information | |
| | | | | |
| | | | | |
| 700 | MOI_004-000005-8 | Photos of the pump given to Patient C (Counts 3, 5, 6) | Photos of pump relating to Counts 3, 5, and 6 | |
| 701 | BATTEAST_001-000014-19 | GLDC Citi statement for May 2018 | Bank records from entity that paid Lee as part of the scheme | |
| 702 | BATTEAST_001-000026, 01-05 | GLDC Citi statement for July 2018 | Bank records from entity that paid Lee as part of the scheme | |
| 703 | BATTEAST_001-000006-13 | GLDC Citi statement for August 2018 | Bank records from entity that paid Lee as part of the scheme | |
| 704 | GJSCRIPT_001-000061 | Oct 19, 2018 Bridge Funding Group check for $20,000 to EMT Demolition | Check from Smith-controlled entity to entity that paid Lee as part of the scheme | |
| | | | | |
| 1000 | SUMCHART_002-000001 | Summary Chart of Total VA purchases by Lee from VCE during scheme | Loss from scheme | |
| 1001 | SUMCHART_002-000001 (Sheet 2) | Summary Chart of Transactions for Charged Counts | Executions of scheme | |
| 1002 | SUMCHART_002-000001 (Sheets 1 and 3) | Summary Chart of Payments to VCE in Excess of Cost of One Month Rental | Loss from scheme | |
| 1003 | SUMCHART_006-000003 | Summary Chart of Smith and Lee Number of Calls | Lee-Smith relationship | |
| 1004 | SUMCHART_006-000002 | Summary Chart of Smith and Lee Total Minutes of Calls | Lee-Smith relationship | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 1005 | SUMCHART_008-000001 | Summary Chart of Financial and Payroll Records Reviewed | Summarizes financial and business records relating to Smith and Lee reviewed by financial analyst | Relevance and FRE 403 |
| 1007 | SUMCHART_004-000001 | Summary Chart of Expenditures by VCE | Financial analysis - Smith's benefit from scheme; displays expenditures by VCE during scheme, and VCE payments to or benefitting Smith-controlled entities during scheme | Relevance and FRE 403 |
| 1008 | SUMCHART_003-000007 | Summary Chart of Wages and other Payments by VCE | Financial analysis - Smith's benefit from scheme; displays payroll and other payments to individuals by VCE during scheme, including payments to Smith and Smith family members | Relevance and FRE 403 |
| 1009 | SUMCHART_003-000011 | Summary Chart of Payments to WSI Capital One Card | Financial analysis - Smith's benefit from scheme; displays payments made to Smith's WSI credit card during scheme, including payments by VCE to WSI credit card | Relevance and FRE 403 |
| 1010 | SUMCHART_004-000004 | Summary Chart of Moral Compass Revenue | Financial analysis - Smith's benefit from scheme; displays funds received by Smith's company Moral Compass during scheme, and year to year change in funds received | Relevance and FRE 403 |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 1011 | SUMCHART_004-000005 | Summary Chart of WSI Revenue | Financial analysis - Smith's benefit from scheme; displays funds received by Smith's company WSI from VCE during scheme, including comparison of funds from VCE to other revenue | Relevance and FRE 403 |
| 1012 | SUMCHART_004-000003 | Summary Chart of WSI Payments to Smith | Financial analysis - Smith's benefit from scheme; displays annual salaries received by Smith from WSI before, during, and after scheme, and comparison of salaries to amounts received by WSI from VCE | Relevance and FRE 403 |
| 1013 | SUMCHART_003-000009 | Summary Chart of Plum Blossom Revenue | Financial analysis - Lee benefits from scheme | |
| 1014 | SUMCHART_003-000002 | Summary Chart of Payments Received by Lee | Financial analysis - Lee benefits from scheme | |
| 1015 | SUMCHART_003-000003 | Summary Chart of Cash and Money Order Deposits by Lee | Financial analysis - Lee benefits from scheme | |
| 1016 | SUMCHART_009-000001 | Summary Chart of Specific VA Purchases from VCE Initiated by Lee | Proof of Overcharge/Loss from Scheme | |
| 1017 | SUMCHART_011-000001 | Summary Chart of Non-Andrew Lee VA Purchases from VCE | Proof of Overcharge/Loss from Scheme | |
| 1018 | SUMCHART_013-000001-8 | Summary Chart of Phone Calls Around Specific Transactions | Lee-Smith contacts around time of charged counts | |
| 1019 | SUMCHART_013-000019 | Summary Chart of Payments from VCE to Parties of Interest | Financial analysis - Smith's benefit from scheme | |
| 1020 | SUMCHART_017-000001 | Summary Chart of Andrew Lee VA Purchases from VCE | Proof of Overcharge/Loss from Scheme | |

| Exhibit No. | Bates | Description | Relevance | Objection |
|---|---|---|---|---|
| 1021 | SUMCHART_017-000002 | Summary Chart of Non-Andrew Lee VA Purchases from VCE | Proof of Overcharge/Loss from Scheme and Comparison to Other VCE Purchases | |
| 1022 | SUMCHART_017-000003 | Summary Chart of Andrew Lee Non-VCE Purchases | Proof of Overcharge/Loss from Scheme and Comparison to Normal Purchases | |
| 1023 | SUMCHART_017-000004 | Summary Chart of JBVAMC Non-Andrew Lee Non-VCE Purchases | Proof of Overcharge/Loss from Scheme and Comparison to Normal Purchases | |
| 1024 | SUMCHART_018-000001 | Summary Chart of Cash and Money Orders to Andrew Lee by Year | Financial analysis - Lee benefits from scheme | |
| 1025 | SUMCHART_018-000002 | Summary Chart of Payments to Andrew Lee from Parties of Interest | Financial analysis - Lee benefits from scheme | |
| 1026 | SUMCHART_018-000004 | Summary Chart Comparing Additional Payments, VCE vs. Other Vendors | Proof of Overcharge/Loss from Scheme and Comparison to Normal Purchases | |